Clara **WATSON**, Plaintiff–Appellant,

v.

**FORT WORTH BANK & TRUST,**
Defendant–Appellee.

No. 85–1074.

United States Court of Appeals,
Fifth Circuit.

Sept. 15, 1988.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before GOLDBERG, KING and JOHNSON, Circuit Judges.

BY THE COURT:

IT IS ORDERED that appellant Clara Watson's motion for judgment is DENIED.

IT IS FURTHER ORDERED that appellee Fort Worth Bank & Trust's motion for judgment is DENIED.

Instead, this cause is remanded to the District Court for proceedings not inconsistent with the Supreme Court's opinion in this cause.